Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Kaufman  ☑ Coleman  ☐ |
| DATE | January 10, 2013 |
| TIME | 4:05 p.m. — 4:45 p.m. |
| CIVIL ACTION | H – 13 – 63 |
| STYLE | Jeffrey Lance Collins, et al., *versus* Goldman, Sachs & Co. |

DOCKET ENTRY

☐ Conference;  ☑ Hearing;  _____ day  ☐ Bench  ☐ Jury Trial  (Rptr: Manley)

Susan Logsdon; Jack Ballard  for  ☑ Ptf. #____   ☐ Deft. #____
_____  for  ☐ Ptf. #____   ☐ Deft. #____
Cody Stafford; Bruce Kemp; Paul Dobrowski  for  ☐ Ptf. #____   ☑ Deft. #____
_____  for  ☐ Ptf. #____   ☐ Deft. #____

☐   All motions not expressly decided are denied without prejudice.
☐   **Evidence taken** [exhibits or testimony].
☐   Argument heard on:  ☐ all pending motions;   ☐ these topics:
    _____
    _____

☐   Motions taken under advisement: _____
☑   Order to be entered.
☐   Internal review set: _____
☐   Rulings orally rendered on: _____