| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| Jeffrey Lance Collins, et al., | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action H-13-63 |
| Goldman, Sachs & Co., | § § | |
| Defendant. | § § | |

# Order

1. The finding in the preliminary injunction that the brokers had ample time to notify their clients before leaving Goldman is supported by a simple use of common sense.

2. On Thursday, January 3rd, the brokers did not first think of changing companies; they did not first contact Barclays about switching jobs; they did not first inquire of customers whether they would follow them to Barclays.

3. Since the brokers are implicitly saying it is not true that they had time, they must give Goldman records showing all of their contacts with Barclays. Goldman must preserve those documents so they can be added to the record if needed.

Signed on January 11, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge