IN THE UNITED STATES COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY LANCE COLLINS,<br>DON EDWARD CHILDRESS, II,<br>AND NEIL CAMPBELL STONE, | §<br>§<br>§<br>§ | |
| Plaintiffs, | §<br>§<br>§ | Civil Action No. 4:13-cv-00063<br>Hon. Lynn Hughes<br>United States District Judge |
| v. | §<br>§ | |
| GOLDMAN SACHS & CO., | §<br>§ | |
| Defendant. | § | |

**INITIAL DISCLOSURES ACKNOWLEDGEMENT**

Plaintiffs in the captioned matter acknowledge receipt of the Court's Scheduling Order and affirm that opposing counsel is aware of the order by virtue of an email from them regarding same.

Respectfully submitted,

By: s/Jack D. Ballard
Jack D. Ballard
Texas Bar No. 01650300
S.D. Texas I.D. No. 6828
3700 Buffalo Speedway, Suite 250
Houston, Texas  77098
Phone: (713) 403-6400
Facsimile: (713) 403-6410
Attorneys for Plaintiffs Jeffrey Lance Collins, Don Edward Childress, II, and Neil Campbell Stone

**OF COUNSEL:**
Susan A. Logsdon
THE BALLARD LAW FIRM
Texas Bar No. 00999300
S.D. Texas I.D. No. 12364
3700 Buffalo Speedway, Suite 250
Houston, Texas 77098
Telephone: 713-403-6401
Facsimile: 713-403-6410

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via the following methods on January 18, 2013 to the following:

*Via Fax 713-659-2908*
Paul J. Dobrowski
Dobrowski, Larkin & Johnson, L.L.P.
4601 Washington Avenue, Suite 300
Houston, TX  77007

s/Susan A. Logsdon
Susan A. Logsdon
